No. 86–6622.   HILLSBERG *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 86–6659.   MARTENS *v.* MASSACHUSETTS.   Sup. Jud. Ct. Mass.   Certiorari denied.

No. 86–6680.   PRIHODA *v.* WISCONSIN.   Ct. App. Wis.   Certiorari denied.

No. 85–567.   DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS *v.* SONGER.   C. A. 11th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 86–758.   FLORIDA *v.* NEASE, AKA COLWELL.   Dist. Ct. App. Fla., 4th Dist.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 86–1339.   O'LEARY, WARDEN *v.* DUNCAN.   C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 86–1476.   KEMP, WARDEN *v.* THOMAS.   C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 86–1336.   McCoy ET AL. *v.* HEARST CORP. ET AL.   Sup. Ct. Cal.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 86–1443.   KRAFT, INC. *v.* AMBRIT, INC.   C. A. 11th Cir. Certiorari denied.   JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 86–1466.   McNEIL *v.* ECONOMICS LABORATORY, INC. C. A. 7th Cir.   Motion of petitioner to strike respondent's brief denied.   Certiorari denied.